IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-60485-CIV-DIMITROULEAS

SHARON HUDDLE and MARK HUDDLE,

    Plaintiffs,

vs.

DIANA LATTA and LUIS BARRIOS,

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

COMES NOW, Defendant, LUIS BARRIOS, by and through counsel, and respectfully requests that this Court grant him an additional time up to and including August 5, 2013, in which to serve file his Reply To Plaintiffs' Response In Opposition To Defendant's Motion To Transfer filed by the Plaintiffs in the above-referenced cause, and that such additional time be granted without waiver of any objection or defense thereto, and in support thereof would show unto this Court as follows:

1. Due the heavy case load and previous commitments of the undersigned, counsel for the Defendant, Luis Barrios has not had time to adequately respond to the Response of Plaintiffs to the Motion to Transfer this matter.

2. The undersigned has consulted with counsel for the Plaintiffs and he has no objections to this request.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, Luis Barrios, respectfully requests that this Court allow additional time, up to and including August 5, 2013, in which for him to serve his Reply to Plaintiff's Response in Opposition to Defendant's Motion to Transfer filed in the above-referenced action, and to provide in said order that there has been no waiver of any defenses,

Case Number: 13-60485-CIV-DIMITROULEAS

jurisdictional or otherwise, specifically including those Rule 12 defenses, by virtue of said motion.

Respectfully submitted,

/s/Mitchell L. Lundeen

---

Mitchell L. Lundeen[FBN: 253952]
mlundeen@chartwelllaw.com
The Chartwell Law Offices, LLP
200 S. Biscayne Blvd., Suite 300
Miami, FL 33131
Phone: 305.372.9044
Fax: 305.372.5044
Attorneys for Barrios

Case Number: 13-60485-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __29th__ day of __July_, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Mitchell L. Lundeen
Mitchell L. Lundeen

## SERVICE LIST

Brad E. Kelsky (FBN: 0059307)
KELSKY LAW, P.A.
1250 S. Pine Island Road
Suite 250
Plantation, FL 33324
Email:bradkelsky@kelskylaw.com
Attorneys for Plaintiffs

**SERVICE BY UNITED STATES MAIL, POSTAGE PREPAID TO:**

Diana P. Latta, Pro Se
3310 North Hills Drive
Hollywood, FL  33021
Email:  disama@aol.com