UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60485-DIMITROULEAS/SNOW

SHARON HUDDLE and MARK HUDDLE,

    Plaintiffs,

vs.

DIANA LATTA and LUIS BARRIOS,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**

THIS CAUSE is before the Court upon Defendant Luis Barrios's Motion for Extension of Time to File Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Transfer (the "Motion") [DE 18]. The Court has carefully considered the Motion [DE 18], notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 18] is **GRANTED**; and

2. Defendant Luis Barrios may file his reply on or before August 5, 2013.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of July 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of record