UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60485-DIMITROULEAS/SNOW

SHARON HUDDLE and MARK HUDDLE,

    Plaintiffs,

vs.

DIANA LATTA and LUIS BARRIOS,

    Defendants.
_____/

### ORDER DENYING WITHOUT PREJUDICE MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [DE 19], filed herein on July 30, 2013, on behalf of B. Wayne Williams, Esq. to make limited appearances in the above-styled case as co-counsel on behalf of Defendant Luis Barrios.   This Court has carefully considered the Motion [DE 19] and is otherwise fully advised in the premises.

The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court.   It also notes that B. Wayne Williams, Esq. has certified to having studied the Local Rules and has designated Mitchell L. Lundeen, Esq. as local counsel.   However, Mitchell L. Lundeen, Esq. included an electronic, rather than original, signature on the Motion, and B. Wayne Williams, Esq. included an electronic, rather than original, signature on his Certification. *See* [DE 19 at 2, 5].

Section 5J of the Court's CM/ECF Administrative Procedures[1] requires a motion to appear

*pro hac vice* be "filed in the conventional manner."  *See also* CM/ECF Admin. P. § 2B. Conventionally filed documents must include original signatures, as an "s/" signature is used only for electronically filed documents.  *See id.* § 3J.  Because the proper CM/ECF Administrative Procedures and Local Rules were not followed, the Court will not grant the Motion [DE 19].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 19] is **DENIED**; and

2. Counsel may submit a renewed motion for admission to appear *pro hac vice* in compliance with the Local Rules and CM/ECF Administrative Procedures but need not pay an additional filing fee.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

Copies furnished to:

Counsel of Record