**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-CV-60485-DIMITROULEAS/SNOW**

SHARON HUDDLE and MARK HUDDLE,

     Plaintiffs,

vs.

DIANA LATTA and LUIS BARRIOS,

     Defendants.

_____/

**<u>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO FILE JOINT SCHEDULING REPORT</u>**

THIS CAUSE is before the Court *sua sponte.*

This Court's Order of March 5, 2013 directed the parties to file a joint scheduling report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant.   *See* [DE 4].   On April 18, 2013, Defendant Diana Latta's answer was docketed.   *See* [DE 6].   On July 8, 2013, Defendant Luis Barrios's answer was docketed.   *See* [DE 16].   That answer was the first responsive pleading by the last responding defendant, and thirty-five (35) days have elapsed since that answer was filed.   However, no joint scheduling report has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff, on or before August 20, 2013, shall either file a joint scheduling report or show cause why this case should not be dismissed.   Failure to timely file a joint scheduling report or to show cause as required in this Order may result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

13th day of August, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record