UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60485-DIMITROULEAS/SNOW

SHARON HUDDLE and MARK HUDDLE,

    Plaintiffs,

vs.

DIANA LATTA and LUIS BARRIOS,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO AMEND

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to Amend (the "Motion") [DE 46], filed herein on January 20, 2014. The Court has carefully considered the Motion [DE 46], the Response [DE 49], and the Reply [DE 50] and is otherwise fully advised in the premises.

Rule 15 of the Federal Rules of Civil Procedure (the "Rules") specifies that leave to amend should be freely granted when justice so requires. *See* Fed. R. Civ. P. 15(a)(2). "The Supreme Court has held that, in the absence of a reason like 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.,' the leave sought should be 'freely given.'" *McLaughlin v. Pasco Cnty. Sheriff's Office*, 510 F. App'x 880, 882 (11th Cir. 2013) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

The Court is not convinced by Defendants' contention that they would be prejudiced if leave to amend is granted. Plaintiffs have not previously amended their complaint, and they timely filed the instant Motion [DE 46]. Defendants have ample time to address, through

discovery or otherwise, Plaintiffs' additional allegations.  Moreover, the Court declines to consider any affirmative relief that Defendants improperly requested through their Response [DE 49].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 46] is hereby **GRANTED**;
2. Plaintiffs shall separately electronically file the amended complaint on the docket;
3. Defendants shall respond to the amended complaint on or before February 21, 2014;
4. Defendants' Motion for Leave to File Amended Answers and Defenses is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of January, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record